**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | | |
|---|---|---|
| **WI–FI FAIRWAY LLC** | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No.: 1:22–cv–05050 |
| | ) | Judge: Honorable Manish S. Shah |
| **THE CINCINNATI INSURANCE** | ) | |
| **COMPANIES** | ) | |
| Defendant. | ) | |

**JOINT MOTION TO STAY PROCEEDINGS PENDING SETTLEMENT**

NOW COME the Plaintiff Wi-Fi Fairway, LLC and Defendant The Cincinnati Insurance Companies (collectively, the "Parties") for their Joint Motion to Stay Proceedings Pending Settlement and in support state as follows:

1. The Parties have reached a settlement in principle to resolve this matter.
2. The Parties seek to stay all proceedings and deadlines in this matter while they finalize their settlement agreement in writing.
3. This case will be dismissed with prejudice as part of their final settlement agreement.
4. This stay is not sought for delay or improper purpose.
5. The Parties appreciate the Court's patience as they have worked through these matters.

WHEREFORE, the Parties respectfully request the Court stay proceedings in this matter until the Parties are ready to dismiss the case pursuant to an executed settlement agreement.

Respectfully submitted,

**WI–FI FAIRWAY LLC**,
By One of Its Attorneys

**/s/ Ira I. Piltz**
Ira I. Piltz
**THE LAW OFFICES OF IRA PILTZ**
8170 McCormick Blvd, Suite 116
Skokie, IL 60076
(847) 674-3500 (tel)
(847) 674-3555 (fax)
Email: ira@piltzlaw.com

**THE CINCINNATI INSURANCE COS.,**
By One of Its Attorneys

**/s/ Laurence J.W. Tooth**
Laurence J.W. Tooth
**LITCHFIELD CAVO LLP**
303 West Madison Street, Suite 300
Chicago, IL 60606
Direct: 312.781.6663
Fax: 312.781.6630
Email: tooth@litchfieldcavo.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been provided on this **19th** day of **June, 2023** via CM/ECF to counsel for all parties.

LITCHFIELD CAVO LLP

By: /s/ *Laurence J.W. Tooth*